IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>JOSEPH FEHSENFELD,<br><br>Debtor. | Chapter 11<br><br>Bankruptcy No. 12-14158<br><br>Judge Carol A. Doyle |

### FINAL DECREE AND ORDER CLOSING BANKRUPTCY CASE

This matter coming before the Court on Motion for Entry of Final Decree and Closing Bankruptcy Case filed by Joseph Fehsenfeld (the "*Reorganized Debtor*"); the Court have considered the Motion and the docket in this case; and based thereon, HEREBY FINDS: (a) notice of the Motion was adequate and appropriate under the circumstances and no other notice need be given; (b) the Second Amended Plan of Reorganization for Joseph Fehsenfeld Dated August 6, 2012 (the "*Plan*") has been substantially consummated; and (3) good and sufficient cause exists for granting the relief requested in the Motion;

THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Pursuant to 11 U.S.C. § 350(a), the above captioned case (the "*Bankruptcy Case*") shall be CLOSED effective upon entry of this Final Decree and Order.

3. Notwithstanding this Final Decree and Order and the closing of the Bankruptcy Case:

    a. The Reorganized Debtor shall continue to be authorized to take any and all action required or reasonably contemplated by the Plan and the Order confirming the Plan (the "Confirmation Order").

    b. This Court shall retain jurisdiction in accordance with the Confirmation Order and the Plan.

{00014916}

      c.     The Reorganized Debtor is required to pay all outstanding U.S. Trustee quarterly fees owed by the Debtor pursuant to 28 U.S.C. § 1930 through and including the entry of this Final Decree.

      d.     Pursuant to 11 U.S.C. § 1141(d)(5), the Reorganized Debtor shall not receive a discharge of his debts unless and until, after notice and a hearing, this Court grants a discharge either (i) upon completion of all payments under the Plan pursuant to 11 U.S.C. § 1141(d)(5)(A) or (ii) prior to completion of all payments under the Plan if the Reorganized Debtor meets the requirements under 11 U.S.C. § 1141(d)(5)(B). In order to obtain a discharge, the Debtor will need to reopen the Bankruptcy Case.

    4.     Debtor shall serve a copy of this Order on all of his known creditors within seven (7) days of the entry of this Order.

DATED: 8/20/14

ENTER:

_____
United States Bankruptcy Judge

**Prepared by**:

William J. Factor (6205675)
Sara E. Lorber (6229740)
**THE LAW OFFICE OF
   WILLIAM J. FACTOR, LTD.**
105 W. Madison St., Suite 1500
Chicago, Illinois 60602
Tel:  (847) 239-7248
Fax:  (847) 574-8233
Email: wfactor@wfactorlaw.com
       slorber@wfactorlaw.com